Dismissed and Memorandum Opinion filed October 2, 2008








Dismissed
and Memorandum Opinion filed October 2, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00533-CV

____________

 

THE EGERTON CLINIC P.A. and SHAHNAZ
KHAN, Appellants

 

V.

 

BUZBEE PROPERTIES, INC. and ANTHONY BUZBEE, Appellees


 



 

On Appeal from the
County Court at Law No. 3

Galveston County,
Texas

Trial Court Cause
No. 59,164

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 13, 2008.  On September 11, 2008,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed October
2, 2008.

Panel consists of Justices Yates, Seymore, and Boyce.